UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY CASTRO,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF CERRITOS, a California Municipal Corporation,<br><br>        Defendant. | Case No. 2:24-cv-09625-CBM (Ex)<br><br>**PRELIMINARY INJUNCTION** |

    Plaintiff Jimmy Castro has moved for a preliminary injunction against enforcement of the provisions of the municipal code of the City of Cerritos that require a would-be tattoo business operator to obtain a conditional use permit, and further excludes tattooing from almost all commercially zoned land in the City of Cerritos.

    Upon consideration of the matter, and for good cause shown,

    IT IS ORDERED that, consistent with the Court's Order re Plaintiff's Motion for Preliminary Injunction, the City of Cerritos is enjoined, pending further order of the Court, from enforcing Cerritos Municipal Code Chapter 22.46 (the "Ordinance") insofar as it requires Plaintiff to locate his tattoo shop more than 500 feet away from a retail establishment selling alcoholic beverages for off-site consumption, and insofar

as it requires Plaintiff to satisfy the criteria stated in Cerritos Municipal Code section 23.10.210(2), (4), and (5) to obtain a conditional use permit for his tattoo shop.

It is further ORDERED that the bond requirement of Fed. R. Civ. P. 65(c) is waived.

Dated: January 28, 2025

_____
Consuelo B. Marshall
United States District Judge